ACCEPTED
04-14-00670-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/6/2015 2:21:53 PM
KEITH HOTTLE
CLERK

## No. 04-14-00670-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **SIMON RENE GARCIA** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/6/2015 2:21:53 PM
KEITH E. HOTTLE
Clerk

### FOURTH, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

From the 175th District Court of Bexar County, Texas
Trial Court No. 2012-CR-10101
Hon. Mary Roman, Judge Presiding

In accordance with Tex. R. App. Pro. 10.5(b)(1), the undersigned counsel submits his "Fourth, Unopposed Motion to for Extension of Time to File Opening Brief," and shows as follows:

This Court's current briefing deadline is Monday, April 6, 2015. This Court has graciously granted three previous continuances (totaling 90 days). However, for the following reasons, counsel is compelled to request an additional (and final) extension to complete Appellant's brief, specifically, for an additional 14 days.

Counsel has previously explained how almost a month of this time was spent recuperating from shoulder surgery, and, his need for requesting more than the usual time to complete briefing in another, slightly older case before the Court, *State v. Luis Arnaldo Baez*, Cause No. 04-14-00374-CR, which had extraordinarily complex issues, most of first impression in Texas, and for which he was granted a fourth (and final) extension of time to file that brief. The brief was filed on March

1

16, and totaled 118 pages. Time shared between the two cases now compels counsel to make this final request for additional time.

Moreover, Counsel has filed motion-briefs before this Court in *State v. Arrington*, Cause No. 04-12-00430-CR (4/02//2015), and *State v. Villarreal*, Cause No. 04-11-00771-CR (3/24/2015), and, has requested extensions of time in Mr. Arrington's case - and will be doing so in Mr. Villarreal's case - for a rehearing in each case.

The undersigned counsel reiterates that he is a solo practitioner with a full trial, appellate and post-conviction practice. **Counsel will not ask for any additional time to file Appellant's opening brief, and again expresses his appreciation for the Court's patience.**

Counsel represents, as an officer of the Court, that he has expended his efforts to the fullest, in attempting to meet the Court's deadlines, without sacrificing the Appellant's right to effective assistance on appeal. Mr. Garcia's case involves a murder conviction carrying a 30-year sentence.

**On Friday, April 6th, 2015, the undersigned counsel consulted with the assistant to Mr. Enrico Valdez, Asst. Dist. Atty., Ms. Jeanette Canales, with the Appellate Division of the Bexar County District Attorneys Office, and she informed the undersigned counsel that his office was unopposed to the requested, final extension of time.**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested 14-day extension of time to Monday, April 20, 2015, to file his opening brief.

Respectfully submitted,

Jorge G. Aristotelidis
Tower Life Building
310 South St. Mary's Street
Suite 1830
San Antonio, Texas 78205
210-277-1906
jgaristo67@gmail.com

By: /s/ JORGE G. ARISTOTELIDIS
SBN: 00783557

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of April, 2015 a copy of the foregoing "Fourth, Unopposed Motion for Extension of Time to file Opening Brief" has been delivered to the Appellate Section of the Bexar County District Attorney's Office, via email.

/s/ JORGE G. ARISTOTELIDIS